STAG LAUNDRY, INC., Respondent, v. MORRIS HELLER and MAX FREEMAN,

Appellants; SAM NIVASH and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.